Jill Garcia
Nevada Bar No. 07805
jill.garcia@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant MFK, LLC d/b/a Mobilelink*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEER MUSTAFA KHAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MFK, LLC D/B/A/ MOBILELINK; DOES 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | Case No.:  2:15-cv-01137-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant MFK, LLC D/B/A MOBILELINK ("Defendant") and Plaintiff MEER MUSTAFA KHAN ("Plaintiff"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

IT IS FURTHER STIPULATED that each party shall bear their own fees and costs.

**IT IS SO STIPULATED:**

DATED the 11th of May, 2016.

HATFIELD & ASSOCIATES, LTD.

/s/ Trevor Hatfield
Trevor Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Meer Mustafa Khan*

DATED this 11th day of May, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jill Garcia
Jill Garcia
Nevada Bar No. 07805
Erica J. Chee
Nevada Bar No. 12238
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
*Attorneys for Defendant*
*MFK, LLC d/b/a Mobilelink*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: May 12, 2016.

_____
UNITED STATES DISTRICT JUDGE